| | |
|---|---|
| 1 | Robert W. Sargeant, WSBA #12816     The Honorable Edward F. Shea |
|  | Roberto O. Soto, WSBA #29798 |
| 2 | WILLIAMS, KASTNER & GIBBS PLLC |
|  | 601 Union Street, Suite 4100 |
| 3 | Seattle, WA  98101-2380 |
|  | Telephone:  (206) 628-6600 |
| 4 | Fax:  (206) 628-6611 |
|  | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ALVIN M. THOMPSON and GLORIA J. THOMPSON, husband and wife,

    Plaintiffs,

v.

SAXON MORTGAGE SERVICES, INC.,

    Defendant.

NO. CV-08-175-EFS

[~~PROPOSED~~]

ORDER TO DISMISS

Based upon the parties' Stipulation to Dismiss it is hereby

ORDERED, ADJUDGED AND DECREED:

1.    That the instant lawsuit is dismissed with prejudice and without costs or attorney's fees being awarded to any party.

ORDER TO DISMISS - 1

1     DONE this 30th day of September, 2008.

                                                    s/ Edward F. Shea
                                        HON. EDWARD F. SHEA

**Presented by:**

s/Robert W. Sargeant, WSBA #12816
Roberto O. Soto, WSBA #29798
Attorneys for Defendant Saxon Mortgage Services, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email: rsargeant@williamskastner.com
       rsoto@williamskastner.com

**Approved; Notice of Presentation Waived:**

s/ Larry W. Larson, WSBA #6522
Larry W. Larson, WSBA #6522
Attorneys for Plaintiffs Alvin M. Thompson and Gloria J. Thompson
LARSON FOWLES, PLLC
821 E. Broadway Ave., Suite 8
Moses Lake, WA  98837
Telephone:  (509) 765-6700
Fax:  (509) 765-6710
Email: larry@larsonfowles.com

ORDER TO DISMISS - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2345628.1